UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No: 1:12-cr-123

v.                                    HON. JANET T. NEFF

BRANDON CEDRIC LILLY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed June 22, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 44) is APPROVED and ADOPTED as the opinion of the Court.

2.  Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Count One and Count Two of the Indictment.


Dated: July 9, 2012                       /s/Janet T. Neff
                                            JANET T. NEFF
                                            UNITED STATES DISTRICT JUDGE